UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LAWRENCE ALAN HABERMAN,

    Plaintiff,

v.

JACKSON NATIONAL LIFE
INSURANCE COMPANY,

    Defendant.
_____/

Case No. 1:14-cv-646

HON. JANET T. NEFF

## **ORDER**

This is a civil action involving a *pro se* litigant. Defendant filed a Motion to Dismiss (Dkt 17). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on August 18, 2015, recommending that this Court grant Defendant's motion, and terminate this action. The Report and Recommendation was duly served on the parties. No timely objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (Dkt 21) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss (Dkt 17) is GRANTED.

A Judgment will be entered consistent with this Order.


Dated: September 11, 2015                   /s/ Janet T. Neff
                                                                 JANET T. NEFF
                                                                 United States District Judge